

Case No. ~~23-55102~~

23-55102

# IN THE UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

In re:
Ivan Rene Moore
Creditor

**IVAN RENE MOORE**

Plaintiff-Appellant,

v.

**KIMBERLY MARTIN-BRAGG (AKA) KIMBERLY BARBOUR. et al.**

Defendants-Appellees.

On Appeal from the United States District Court
for the Central District of California
Case No. 2:22-cv-03463-JGB
Hon. Jesus G. Bernal, Judge Presiding

**APPELLANT'S MOORE'S REQUEST FOR EXTENSION OF TIME TO FILE APPELLANT OPENING BRIEF IN THIS APPEAL**

Ivan Rene Moore
1236 Redondo Blvd
Plaintiff-Appellant, In Pro Se
(323) 932-9439

**ORIGINAL**

1

**TO THE HONORABLE COURT AND TO ALL PARTIES:**

**APPELLANT IVAN RENE MOORE** hereby respectfully requests Appellant's first request for an extension of time on or before May 26th, 2023, to file Appellant's Opening Brief in this matter. This Appellant has been working on various 9th Circuit appeals Opening and Reply Briefs, motions to consolidate appeals, regarding and related to Moore v Kimberley Martin-Bragg. The 9th Circuit appeal case numbers are No.22-55771, No.22-55914 and No.22-55811. Appellant Moore has also been working on Civil State Court and Civil probate unrelated matters.

This Appellant as a Pro Se Appellant, works alone and alone has the responsibility of researching, shepardizing all case law and writing the Opening Briefs, Reply Briefs, motions to consolidate and responses regarding the various appeal issues both in Federal and State Court.

On April 14th, 2023, this Appellant received notice from the Honorable 9th Circuit Court of Appeals stating that this Appellant's Opening Brief in this matter is due on April 24th, 2023. That would only give this appellant 10 days to research shepardize case law and write the Opening Brief in this matter.

Respectfully the time schedule date of April 24th, 2023, is not possible or reasonable given the legal arguments, appeal issues and violations of due process issues and the legal issues in this appeal.

Given all the pending legal arguments and the April 24th, 2023, deadlines, clearly there is not enough time to file this Appellant's Opening Brief by April 24th, 2023. This Honorable court should be aware that the consistent bad faith conduct of the Appellees in this and other related actions and related to this appeal mandates extensive written information and supporting documentation to the Honorable 9th Circuit Court of Appeal for its de novo review in this appeal.

This Appellant sincerely apologizes to the Honorable Justices of the 9th Circuit Court of Appeal and the Court's staff for any inconvenience this Appellant have caused this Honorable United States Court of Appeal for the 9th Circuit.

This Honorable Court and Court staff should be aware that this Appellant has not and is not taking a cavalier or back burner approach to this Appellant's responsibilities in this matter. This Appellant has been diligent and very active in this appeal process.

//

//

## CONCLUSION

Based on the forgoing, this Appellant is respectfully requesting an extension of time to file Appellant's Opening Brief. The extension of time requested is on or before May 26th, 2023, for the above-mentioned Opening Brief filing.

**Respectfully Submitted:**

**Dated: April 19th, 2023**

Ivan Rene Moore

4

## DECLARATION/AFFIDAVIT OF IVAN RENE MOORE

I, Ivan Rene Moore declare as follows:

1. I am the Appellant in this action and have personal knowledge of the following and if called to testify would and could testify to the same.

2. Appellant Moore is requesting for an extension of time to file Appellant's Opening Brief in this matter.

3. This Appellant has been inundated with various 9th Circuit Appeal issues and State Court matters Probate and Civil.

4. On April 14th, 2023, this Appellant received notice from the Honorable 9th Circuit Court of Appeals stating that this Appellant's Opening Brief in this matter is due on April 24th, 2023.

5. That would only give this appellant 10 days to research shepardize case law and write the Opening Brief in this matter.

6. Respectfully the time schedule date of April 24th, 2023, is not possible or reasonable given the legal arguments, appeal issues and violations of due process issues and the legal issues in this appeal.

7. Given all the pending legal deadlines, clearly there is not enough time to file this Appellant's Opening Brief by April 24th, 2023.

8. This Appellant does not have a staff or a daily support team to assist.

9. This Appellant alone has the complete care and responsibilities for the preparation and the filing of the various appeal matters both Federal and State.

10. This is Appellant's first request for an extension of time on or before May 26th, 2023, to file Appellant's Opening Brief in this matter.

11. Based on the forgoing this appellant respectfully requests an extension of time to file Appellant's Opening Brief in this matter.

I declare under penalty of perjury the above is true and correct under the laws of the United States of America.

Dated: **April 19th, 2023**

_____

IVAN RENE MOORE

## PROOF OF SERVICE

I, the undersigned, declare that I am employed in the city of Los Angeles, California. I am over the age of eighteen (18) years and I am not a party to the within action.

On April 19th 2023, I served the following document:

**APPELLANT'S MOORE'S REQUEST FOR EXTENSION OF TIME TO FILE APPELLANT OPENING BRIEF**

**[X] BY MAIL- I placed each such sealed envelope, with postage thereon fully prepaid for first class mail, for collection and mailing at Los Angeles, California, following ordinary business practices.**

**See Attached Service List**

[ ] STATE- I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**I declare under penalty of perjury under the laws of the United States of America the foregoing is true and correct.**

DATED: April 19th 2023 ,

_____

Devra Allen

# SERVICE LIST

**Steven A. Schuman**
**Leonard Dicker and Schreiber LLP**
**10940 Wilshire Boulevard Suite 2100**
**Los Angeles, CA 90024-3936**

**Attorney for Kimberley Martin Bragg**

**Ronald Hills**

**1236 Redondo Blvd**

**Los Angeles, California 90019**