UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 27 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In the Matter of: KIMBERLY MARTIN-BRAGG, <br><br> Debtor, <br><br> ------------------------------ <br><br> IVAN RENE MOORE, <br><br> Appellant, <br><br> v. <br><br> KIMBERLY MARTIN-BRAGG, <br><br> Appellee. | No. 23-55102 <br><br> D.C. No. 2:22-cv-03463-JGB <br> U.S. District Court for Central California, Los Angeles <br><br> **ORDER** |

Appellant's motion (Docket Entry No. 6) for an extension of time to file the opening brief is granted. The appellant's opening brief is due May 26, 2023; appellee's answering brief is due June 26, 2023; and the optional reply brief is due within 21 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

Ninth Circuit Rule 27-7